COURT OF APPEALS

                                       SECOND
DISTRICT OF TEXAS

                                                   FORT
WORTH

                                        NO.
2-10-079-CV

 

IN RE GARY GEORGE STICKLES                                                RELATOR

                                                                                                        

                                              ------------

                                    ORIGINAL
PROCEEDING

                                              ------------

                                MEMORANDUM OPINION[1]

                                              ------------

The court
has considered relator=s petition for writ of mandamus and is of the
opinion that relief should be denied. 
Accordingly, relator=s petition for writ of mandamus is denied.

Relator shall pay all
costs of this original proceeding, for which let execution issue.

 

PER CURIAM

 

 

PANEL:  DAUPHINOT, LIVINGSTON,
and MCCOY, JJ.

 

DELIVERED:  March 29, 2010











    [1]See
Tex. R. App. P. 47.4.